JUANA RODRÍGUEZ SANTIAGO, peticionaria, *v.* LA CORTE DE DISTRITO DE BAYAMÓN, HON LUIS SAMALEA IGLESIAS, JUEZ, demandada.

No. 755.—*Sometido:* Abril 6, 1931.   *Resuelto:* Julio 21, 1931.

*Molina, Dubón & Ochoteco,* abogados de la peticionaria;  el juez demandado compareció por escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

La demandante instó un procedimiento ordinario, para recobrar un crédito hipotecario.   Al mismo tiempo trató de obtener un embargo.   La Corte de Distrito de Bayamón rehusó librar el embargo substancialmente por el fundamento de que el gravamen de la hipoteca suficientemente y *prima facie* protegía a la demandante, y que ésta no había hecho demostración alguna de no estar así protegida.   La idea es que como ninguna propiedad puede propiamente ser embargada más de lo necesario, ningún embargo debe librarse cuando el demandante tiene ya una garantía completa.   La teoría opuesta es que su derecho a embargar es absoluto. Este Tribunal está dividido en cuanto a si la corte inferior tenía o no discreción para librar el embargo bajo las circunstancias.   Somos todos de opinión de que la negativa era ape-

lable. Independientemente de todo esto, el libramiento de autos de *certiorari* y la consideración de asuntos en ellos suscitados caen dentro de la sana discreción de esta Corte. La peticionaria no dió ningunos pasos aparentes del récord para hacer algunas de las alegaciones que la corte creía faltaban. Tales pasos son innecesarios cuando se invoca el derecho de apelación; pero generalmente esta Corte no ejercerá su discreción en favor de un peticionario en *certiorari* si no está convencida de que ha agotado sus medidas remediales en la corte inferior.

*Por tales razones el auto de* certiorari *debe anularse.*